```
                                              FILED
                                         2006 SEP -5  PM 3:55

                                         CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____\RM_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE STANTON,<br><br>                    Plaintiff,<br>vs.<br>VENETEC INTERNATIONAL, INC.,<br><br>                    Defendants. | CASE NO. 05cv1644-LAB (BLM)<br><br>**REFERRAL ORDER** |

      In its Order entered August 21, 2006, this court continued the hearing of defendant's Motion For Summary Judgment and the Pre-Trial Conference in this case alleging wrongful termination of employment. The Order admonished plaintiff Suzanne Stanton, among other things, to cooperate with defendant in the fulfilling of her discovery and other obligations, in consideration of Magistrate Judge Barbara Major's August 14, 2006 Order affecting evidentiary developments in the case. Dkt No. 35.

      The docket is replete with evidence of Ms. Stanton's dilatory and obstructionist conduct in this case, including Judge Major's August 11, 2006 Order imposing monetary sanctions for discovery abuse and ordering Ms. Stanton to produce documents, to reply to defendant's interrogatories, and to appear for her noticed deposition on August 30, 2006. Dkt No. 31. Judge Major also expressly admonished Ms. Stanton that future violations of litigation discovery rules or Orders of the court would result in more severe sanctions, up to and including the possibility her case would be dismissed. Id.

      It has come to the court's attention Ms. Stanton may remain in violation of the rules of civil procedure and of Orders entered by both the undersigned District Judge and by Judge Major.

1  Accordingly, **IT IS HEREBY ORDERED** this matter is referred to Judge Major for further
2  proceedings, up to and including consideration of case-terminating or some lesser sanctions, upon
3  defendant's *ex parte* application and a shortened-time briefing schedule to be set by Judge Major, and
4  for a Report and Recommendation to the undersigned District Judge.

**IT IS SO ORDERED.**

DATED: 9-1-06

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc: MAGISTRATE JUDGE BARBARA LYNN MAJOR
    ALL COUNSEL OF RECORD