FILED

06 SEP -7 AM 9:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SUZANNE STANTON, | ) Civil No. 05cv1644-LAB (BLM) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER SETTING SPECIAL BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SANCTIONS** |
| VENETEC INTERNATIONAL, INC., | ) |
| Defendant. | ) |

On September 1, 2006, counsel for Defendant contacted the Court's chambers to request a hearing date for a motion for sanctions. Good cause appearing,

**IT IS HEREBY ORDERED:**

A hearing date of **September 22, 2006** at **9:00 a.m.** is assigned. Defendant shall file its motion for sanctions on or before **September 8, 2006**. Plaintiff shall file an opposition to the motion on or before **September 20, 2006**. Defendant shall not file a reply.

*Unless the Court directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), the matter will be resolved **without oral argument and no personal appearances are required** on September 22,*

1 | <u>2006</u> at <u>9:00 a.m.</u>

2 |     **IT IS SO ORDERED.**

3 |

4 | DATED: <u>9/6/06</u>

                                                               BARBARA L. MAJOR
                                                             United States Magistrate Judge

6 | COPY TO:

7 |

8 | HONORABLE LARRY A. BURNS
    UNITED STATES DISTRICT JUDGE

9 | ALL COUNSEL AND PARTIES