FILED
SEP 2 6 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE STANTON,<br><br>        Plaintiff,<br>vs.<br><br>VENETEC INTERNATIONAL, INC.,<br><br>        Defendants. | CASE NO. 05cv1644-LAB (BLM)<br><br>**ORDER SUSPENDING SUMMARY JUDGMENT HEARING** |

  By Order entered September 5, 2006, this court referred the issue of appropriate sanctions for plaintiff's non-compliance with court Orders and rules to Magistrate Judge Barbara L. Major for further proceedings and a Report and Recommendation ("R&R"). Judge Major has recommended this case be dismissed for failure to comply with discovery rules and court Orders. She set an Objections period for the parties to respond to the R&R, following which this court will review the matter and issue its ruling. In consideration of these developments, the hearing of defendant's Motion For Summary Judgement, presently scheduled for October 2, 2006, is *off-calendar*. Disposition of the summary judgment motion will be addressed in connection with the R&R Order.

**IT IS SO ORDERED.**

DATED: 9-26-06

                           Larry A. Burns
                           HONORABLE LARRY ALAN BURNS
                           United States District Judge

cc:  MAGISTRATE JUDGE BARBARA LYNN MAJOR
    ALL COUNSEL OF RECORD