# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Suzanne Stanton

V.   **JUDGMENT IN A CIVIL CASE**

Venetec International Inc

CASE NUMBER:   05cv1644-LAB(BLM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation and dismisses this case in its entirety. Defendant Venetec's pending motion for summary judgment is denied as moot.............................................................

| October 18, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/K. Johnson |
| | (By) Deputy Clerk |
| | ENTERED ON October 18, 2006 |

05cv1644-LAB(BLM)